**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01786-LTB-MEH

MISTY FARBER,

       Plaintiff,

v.

TROOPER ISAIAH RASHAD, in individual and official capacity;
SERGEANT GRAZIANO, in individual and official capacity;
TROOPER YNOSTROZA, in individual and official capacity;
COLONEL MARK V. TROSTEL, in individual and official capacity;
JOE MORALES, in individual and official capacity;
THOMAS E. NORTON, in individual and official capacity; and
JOHN DOES 1-5,

       Defendants.
_____

**ORDER**
_____

Upon the Response (Jointly Made and Stipulated to by the Parties) to the Court's Order to Show Cause and Including a Request for Temporary Stay of Proceedings [Doc 17 - filed March 22, 2007], it is

ORDERED that the show cause order is DISCHARGED.  It is

FURTHER ORDERED that this matter is STAYED until further order of the Court. The parties are directed to file status reports every 20 days.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   March 23, 2007