IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO
                     LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01786-LTB-MEH

MISTY FARBER,

      Plaintiff,

v.

TROOPER ISAIAH RASHAD, in individual and official capacity;
SERGEANT GRAZIANO, in individual and official capacity;
TROOPER YNOSTROZA, in individual and official capacity;
COLONEL MARK V. TROSTEL, in individual and official capacity;
JOE MORALES, in individual and official capacity;
THOMAS E. NORTON, in individual and official capacity; and
JOHN DOES 1-5,

      Defendants.
_____

                                **ORDER**
_____

Upon the Stipulated Motion to Dismiss With Prejudice Defendant Thomas Norton (Doc 21 - filed May 22, 2007), it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** as to Defendant Thomas Norton.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: May 23, 2007

                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO
                     LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.   06-cv-01786-LTB-MEH

MISTY FARBER,

      Plaintiff,

v.

TROOPER ISAIAH RASHAD, in individual and official capacity;
SERGEANT GRAZIANO, in individual and official capacity;
TROOPER YNOSTROZA, in individual and official capacity;
COLONEL MARK V. TROSTEL, in individual and official capacity;
JOE MORALES, in individual and official capacity;
THOMAS E. NORTON, in individual and official capacity; and
JOHN DOES 1-5,

      Defendants.

_____

**ORDER**
_____

Upon the Stipulated Motion to Dismiss With Prejudice Defendant Thomas Norton (Doc 21 - filed May 22, 2007), it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** as to Defendant Thomas Norton.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:   May 23, 2007