# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   06-cv-01786-LTB-MEH

MISTY FARBER,

      Plaintiff,

v.

TROOPER ISAIAH RASHAD, in individual and official capacity;
SERGEANT GRAZIANO, in individual and official capacity;
TROOPER YNOSTROZA, in individual and official capacity;
COLONEL MARK V. TROSTEL, in individual and official capacity;
JOE MORALES, in individual and official capacity;
THOMAS E. NORTON, in individual and official capacity; and
JOHN DOES 1-5,

      Defendants.
_____

## ORDER
_____

Upon Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 24 - filed June 26, 2007), it is

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and fees.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   June 27, 2007